UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS JOHN MILLER,<br><br>         Petitioner,<br><br>v.<br><br>IMMIGRATION AND NATURALIZATION SERVICE, et al.,<br><br>         Respondents. | Civil No. 05-CV-0137-BEN (POR)<br><br>**ORDER DISMISSING THE ACTION** |

On January 24, 2005, Petitioner Douglas John Miller ("Miller" or "Petitioner") proceeding *pro se* filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On October 25, 2007, Respondent informed the Court that the Miller's petition was rendered moot on August 12, 2005, when the Immigration Judge terminated removal proceedings, and Petitioner was released from the custody of the Department of Homeland Security. *See* Gov't's Return in Opp. to Pet. for Writ of Habeas Corpus, Ex. A (noting that Petitioner was released from custody on August 12, 2005). Because Petitioner is no longer in custody, the Court dismisses this action as moot.

**IT IS SO ORDERED.**

DATED: October 30, 2007

                                                      Hon. Roger T. Benitez
                                                      United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28